UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK DANE, Individually and on Behalf of All Others
Similarly Situated,
    Plaintiffs,

    v.

UNITEDHEALTHCARE INSURANCE
COMPANY, UNITEDHEALTH GROUP, INC.,
AARP, INC., AARP SERVICES INC.,
and AARP INSURANCE PLAN,
    Defendants.

3:18-cv-0792-SRU

## J U D G M E N T

    This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion to dismiss.

    The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling (Doc. No. 64), on June 24, 2019, granting the defendants' motion, it is therefore;

    ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the defendants, against the plaintiff, dismissing the case in accordance with the ruling, and the case is closed.

    Dated at Bridgeport, Connecticut, this 25th day of June 2019.

                                               Robin D. Tabora, Clerk

                                               By   /s/ Rochelle Jaiman
                                                          Deputy Clerk

Entered on Docket: 6/25/2019